■ DEMETRIOUS JACKSON, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. (And a Third-Party Action.) GRAHAM ARCHITECTURAL PRODUCTS CORPORATION, Fourth-Party Plaintiff, v VISOR BUILDERS, INC., Fourth-Party Defendant-Respondent. NEW YORK CITY HOUSING AUTHORITY, Fifth-Party Respondent, v VISOR BUILDERS, INC., Fifth-Party Defendant-Respondent. [704 NYS2d 815] —Order, Supreme Court, New York County (Edward Lehner, J.), entered on or about October 19, 1999, which denied plaintiff's motion for summary judgment

on the issue of defendant's liability under Labor Law § 240 (1), unanimously affirmed, without costs.

The motion was properly denied. Plaintiff's supervisor's affidavit raises issues of fact as to whether plaintiff's injury was caused by a fall not from a ladder but down some stairs, and even as to whether there was a ladder at the work site (cf., Klein v City of New York, 89 NY2d 833, 835). Concur—Williams, J. P., Tom, Rubin and Andrias, JJ.